UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PHILLIP JAMES,

    Plaintiff,

v.                                       Case No.  5:11-cv-175-Oc-32TBS

PROGRESS ENERGY FLORIDA, INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion For New Mediator And For Extension Of Time To Mediate (Doc. 22).  Pursuant to the parties agreement, the Court previously designated James Brown of Ford & Harrison, LLP as the mediator.  The parties subsequently learned that Mr. Brown has a conflict of interest and cannot serve as mediator in this case.   Accordingly, the parties seek to remove Mr. Brown as the mediator, appoint a new mediator and extend the November 28, 2011 mediation deadline.

Upon due consideration, it is hereby ORDERED:

    1.    The parties' Joint Motion For New Mediator And For Extension Of Time To Mediate (Doc. 22) is GRANTED.

    2.    James Brown hereby is REMOVED as mediator in this case.

    3.    On or before December 13, 2011, the parties shall designate a mutually agreeable mediator in accordance with Chapter Nine of the Local Rules.

    4.    On or before December 30, 2011, the parties shall participate in a mediation conference.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 30, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel